| | |
|---|---|
| Michael J. Gearin, WSBA #20982<br>David C. Neu, WSBA #33143<br>Brian L. Lewis, WSBA #33560<br>K&L Gates LLP<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104-1158<br>(206) 623-7580 | Honorable Karen A. Overstreet<br>Chapter 11<br>Hearing Location: Rm. 7206<br>Hearing Date:<br>Hearing Time:<br>Response Date: |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

COAST CRANE COMPANY,

                Debtor.

No. 10-21229

DECLARATION OF T. SCOTT AVILA IN SUPPORT OF APPLICATION FOR ORDER AUTHORIZING ORDINARY COURSE EMPLOYMENT AND RETENTION OF CRG PARTNERS GROUP LLC TO PROVIDE RESTRUCTURING SERVICES TO THE DEBTOR AND OF T. SCOTT AVILA AS CHIEF RESTRUCTURING OFFICER OF THE DEBTOR *NUNC PRO TUNC* TO THE PETITION DATE

I, T. Scott Avila, declare as follows:

1. I make this declaration in support of the motion (the "Motion") for an order authorizing Coast Crane Company ("Debtor" or "the Company") to employ and retain CRG Partners Group LLC ("CRG" or the "Firm") to perform restructuring services to the Debtor and to employ and retain me as Chief Restructuring Officer ("CRO") of the Debtor, *nunc pro tunc* to the date of filing of the petition. Unless otherwise noted, capitalized terms used in this Declaration have the meanings ascribed in the Motion.

DECLARATION OF T. SCOTT AVILA IN SUPPORT OF
APPLICATION FOR ORDER AUTHORING EMPLOYMENT
OF CRG PARTNERS - 1

K:\2065889\00014\22646_JSW\22646P20IK

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

2. I am a Managing Partner of the Firm which maintains an office at 11835 W. Olympic Blvd., Suite 650E, Los Angeles, California.

3. CRG is a consulting firm that specializes in, among other things, interim and wind-down management, turnaround, crisis management and financial restructuring in chapter 11 cases.

4. CRG has been engaged by the Debtor under a prepetition engagement agreement (the "Engagement Agreement") dated March 29, 2010. Attached hereto as Exhibit A is a true and correct copy of the Engagement Agreement.

5. CRG will assist and advise the Company, with respect to managing the process leading to a possible refinancing, restructuring or modification of any or all of the Company's existing debt, other obligations or equity (the "Restructuring"). In this regard, I will be employed and retained on a full-time basis as CRO of the Company. CRG will provide restructuring services as requested by the Debtor and described in the Engagement Letter, including, but not limited to the following:

- Preparing and reviewing possible reorganization plans and strategic alternatives for maximizing the debt repayment and enterprise value of the Debtor and/or the Debtor's business;

- Serving as the principal contact with the Debtor's creditors with respect to the Debtor's financial, operational, and reorganization matters. The CRO shall be authorized to directly communicate with parties in interest in the bankruptcy case;

- Assisting the Debtor in the preparation and management of a potential bankruptcy process;

- Performing such other services in connection with the reorganization as may be reasonably necessary to advance the Debtor's reorganization efforts under Chapter 11;

DECLARATION OF T. SCOTT AVILA IN SUPPORT OF
APPLICATION FOR ORDER AUTHORING EMPLOYMENT
OF CRG PARTNERS - 2

K:\2065889\00014\22646_JSW\22646P20IK

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

- Managing and directing the Debtor's professionals in the reorganization process and coordinate their efforts and individual work product with the representatives of the Debtor's various stakeholders consistent with the Debtor's overall reorganization goals;

- Assisting in reviewing and/or preparing short term liquidity forecasts;

- Providing support to the Debtor in discussions with vendors, landlords, and other unsecured creditors;

- Soliciting and evaluating financing proposals from potential parties;

- Solicit and evaluate purchase proposals from potential parties;

- Coordinate gathering of due diligence materials to be provided to selected potential parties;

- Assisting in the negotiation and documentation of a going concern restructuring transaction with one or more parties;

- Developing a rolling 13-week cash projection;

- Assisting the Debtor in its relationships with its existing lenders and creditors; and

- Rendering any other services as directed by the Debtor and/or the Board.

6. To address and handle the above responsibilities on behalf of the Debtor, I will be assisted by certain professionals from CRG pursuant to the terms of the above referenced agreement. I and certain other CRG professionals will serve at the direction of the Board.

7. During the period ninety days prior to the Petition Date, the Debtor paid CRG approximately $373,858.11 for fees and expenses for CRG's representation of the Debtor pursuant to the terms of the Engagement Letter. As of the Petition Date, CRG did not hold a prepetition claim against the Debtor for services rendered or reimbursable fees in connection with the engagement. To

DECLARATION OF T. SCOTT AVILA IN SUPPORT OF
APPLICATION FOR ORDER AUTHORING EMPLOYMENT
OF CRG PARTNERS - 3

K:\2065889\00014\22646_JSW\22646P20IK

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

the extent that CRG is holding funds from the Debtor in excess of fees earned and reimbursements due as of the Petition Date, CRG will hold such excess funds as a retainer to be applied against postpetition fees and expenses due from the Debtor to CRG, subject to compliance with applicable fee motion requirements.

8. As of the Petition Date, CRG held a retainer from the Debtor in the amount of approximately $27,100.46, which was paid by the Debtor pursuant to the Engagement Letter. If the retainer is unused as of the Petition Date, the retainer will be applied against unpaid invoices at the completion of the engagement or returned to the Debtor.

9. The Firm has undertaken a thorough review of its computerized database that contains the names of clients and other parties of interest with respect to certain matters. The Firm has, or will, run the following parties through its conflicts system: (a) the Debtor; (b) the Debtor's current officers and directors; (c) the Debtor's secured lenders; and (d) the Debtor's thirty-five largest unsecured creditors. The Firm's investigation has not revealed any actual or potential conflicts of interest with respect to the Firm's proposed representation of the Debtor, except as described herein.

10. CRG and certain of its shareholders, counsel and associates may have in the past represented, may currently represent and likely in the future will represent creditors of the Debtor in connection with matters unrelated to the Debtor and these cases.

11. The Firm is not a creditor, equity security holder or an insider of the Debtor.

DECLARATION OF T. SCOTT AVILA IN SUPPORT OF
APPLICATION FOR ORDER AUTHORING EMPLOYMENT
OF CRG PARTNERS - 4

K:\2065889\00014\22646_JSW\22646P20IK

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

12. Neither CRG nor I were involved in voting on the decision to employ and retain CRG or myself.

13. Neither the Firm, nor any employee of the Firm has an interest materially adverse to the interests of the Debtor, their estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason.

14. To the best of my knowledge, except as disclosed herein, CRG has no connections with the Debtor, creditors, or any other party in interest, their respective attorneys and accountants, the United States Trustee, any person employed in the office of the United States Trustee, or any insider of the Debtor.

15. CRG has represented, and will in the future represent, many different clients with various business interests in numerous industries. These clients are often referred to CRG by intermediaries such as lawyers, investment bankers, lenders and accountants. To the extent necessary, CRG agrees to update the disclosure information from time to time if and when additional parties with an interest in or a relationship with the Company are identified by the Company, in writing, to CRG.

16. The Debtor proposes to pay the Firm compensation on the terms as set forth in the Engagement Letter and summarized in the Motion and to reimburse the Firm for out-of-pocket expenses according to the terms of the Engagement Letter and in accordance with the Motion.

DECLARATION OF T. SCOTT AVILA IN SUPPORT OF
APPLICATION FOR ORDER AUTHORING EMPLOYMENT
OF CRG PARTNERS - 5

K:\2065889\00014\22646_JSW\22646P20IK

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

17. I am not related or connected to, and, to the best of my knowledge, no other employee of CRG is related or connected to any United States Bankruptcy Judge or District Judge for the Western District of Washington or the United States Trustee for the Western District of Washington or to any employee in the offices thereof.

18. In performing these services, CRG will bill the Debtor as set forth in the Engagement Agreement attached to the Motion.

19. I certify that I have read Local Rule 2016-1, governing applications for compensation of professionals.

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct to the best of my knowledge.

DATED AND SIGNED this 21 day of September, 2010, at New York, NY.

_____
T. Scott Avila
Managing Partner

DECLARATION OF T. SCOTT AVILA IN SUPPORT OF
APPLICATION FOR ORDER AUTHORING EMPLOYMENT
OF CRG PARTNERS - 6

K:\2065889\00014\22646_JSW\22646P20IK

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022