Michael J. Gearin, WSBA # 20982
David C. Neu, WSBA #33143
Brian L. Lewis, WSBA #33560
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

Honorable Karen A. Overstreet
Chapter 11
Hearing Location: Seattle, Room 7206

**Sale Hearing**
**Hearing Date: Friday, November 12, 2010**
**Hearing Time: 9:30 a.m.**
Response Date: Wednesday, November 10, 2010

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

COAST CRANE COMPANY,

                Debtor.

No. 10-21229

NOTICE OF HEARING ON MOTION FOR ORDER APPROVING THE SALE OF SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS AND BUSINESS FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES; APPROVING THE ASSUMPTION AND ASSIGNMENT BY THE DEBTOR TO BUYER OF CERTAIN OF THE DEBTOR'S EXECUTORY CONTRACTS; AND GRANTING OTHER RELIEF

TO:         All Parties on the Master Mailing Matrix
AND TO:   Special Notice List
AND TO:   The Court of the Clerk
AND TO:   The United States Trustee,
AND TO:   Other Parties Entitled to Notice

     PLEASE TAKE NOTICE that a hearing has been scheduled on **November 12, at 9:30 A.M. (PT)** before the Honorable Karen A. Overstreet, United States Bankruptcy Judge, in Courtroom 7206, 700 Stewart Street, Seattle, WA, 98101 on the Debtor's Motion for Order Approving the Sale of Substantially All of The Debtor's Assets and Business Free and Clear of All Liens, Claims, Interests and Encumbrances; Approving the Assumption and Assignment by the Debtor to Buyer of Certain of the Debtor's Executory Contracts; and Granting Other Relief (the "Sale Motion" and "Sale Order," respectively).

NOTICE OF HEARING ON MOTION FOR
ORDER APPROVING SALE, etc. - 1

K:\2065889\00015\20347_DCN\20347P25YX

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

By the Sale Motion, the Debtor requests that the Court enter an order authorizing the sale of substantially all of the Debtor's assets and business (the "Assets") more particularly identified in the Purchase Agreement (defined in the Sale Motion), free and clear of all liens, claims, and encumbrances to either: (1) Coast Rainier Acquisition Company ("CRAC"), or (2) an Alternative Bidder (defined in the Sale Motion). The Debtor also seeks Court approval of the assumption and assignment of certain executory contracts (the "Executory Contracts"), which will be transferred to the successful bidder at the auction.

PLEASE TAKE FURTHER NOTICE that the Debtor has filed with the Court the Declaration of Tom Neary attached to which is a copy of the Purchase Agreement (including a description of the Purchased Assets). Copies of this pleading and documents may be (1) reviewed and copied at the Clerk of the United States Bankruptcy Court, 700 Stewart Street, Seattle, WA 98101 or (2) may be obtained by submitting a written request to Ms. Kjrsten Swan, Paralegal, K&L Gates, LLP, 925 Fourth Avenue, Suite 2900, Seattle, WA 98104-1158, Tel: (206) 623-7580, Fax: (206) 623-7022.

PLEASE TAKE FURTHER NOTICE THAT IF YOU OPPOSE the Sale Motion, you must file your written objection NO LATER THAN **Wednesday, November 10, 2010 at midnight (PT)**. Objections must be filed with the Court, 700 Stewart Street, Seattle, WA, 98101, and a copy delivered to

> Michael J. Gearin and
> Eric Simonson
> K&L Gates, LLP
> 925 Fourth Avenue, Suite 2900
> Seattle, Washington 90104
> Fax: (206) 370-6012

PLEASE TAKE FURTHER NOTICE that in accordance with Local Bankruptcy Rule 9013-1(d)(7), failure to timely file and serve an objection to the Sale Motion may be deemed by the Court an admission that any opposition to the Sale Motion is without merit. Further, pursuant to Local Bankruptcy Rule 9013-1(e), failure to appear at the hearing on the Sale Motion may be deemed by the Court to be an admission that any opposition to the Sale Motion is without merit. Further, pursuant to Local Bankruptcy Rule 9013-1(f), if no opposition to the Sale Motion is timely filed and served, the Court may either (a) grant the Sale Motion by default at the hearing, or (2) grant the Sale Motion prior to the hearing on the Debtor's ex parte presentation of a proposed order accompanied by proof of service and a declaration that no objection to the Sale Motion was timely received.

DATED this 12th day of October, 2010.

K&L GATES LLP

By /S/ David C. Neu
   Michael J. Gearin, WSBA # 20982
   David C. Neu, WSBA #33143
   Brian L. Lewis, 33560
Attorneys for Coast Crane Company

NOTICE OF HEARING ON MOTION FOR
ORDER APPROVING SALE, etc. - 2

K:\2065889\00015\20347_DCN\20347P25YX

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022