

# RIDDELL WILLIAMS P.S.

1001 FOURTH AVENUE, SUITE 4500 | SEATTLE, WASHINGTON 98154-1192
206.624.3600 TELEPHONE | 206.389.1708 FACSIMILE
WWW.RIDDELLWILLIAMS.COM

JOSEPH E. SHICKICH, JR.
206.389.1772
JSHICKICH@RIDDELLWILLIAMS.COM

November 4, 2010

**VIA ELECTRONIC COURT FILING (ECF)**

The Honorable Karen A. Overstreet
United States Bankruptcy Court
United States Courthouse
700 Stewart Street
Seattle, WA 98101-1271

**Re:  In re: Coast Crane Company, Case No. 10-21229-KAO**
      **Hearing: November 5, 2010**
      **Re: Objections to proposed qualified bidders**

Dear Judge Overstreet:

I represent Essex Rental Corp. ("Essex") in the above-referenced matter and am local counsel with Jeff J. Friedman of Katten Muchin Rosenman LLP who represents Essex. There is a hearing set for this Friday, November 5 at 1:30 p.m. PDT, regarding objections to proposed qualified bidders.

I respectfully request that Mr. Jeff Friedman (*pro hac vice*) be allowed to attend the hearing telephonically. Mr. Friedman's practice is in New York City and he can be reached at **212-940-7035**. Mr. Friedman understands that he must be available for the conference call beginning at 1:30 p.m. PDT. Thank you for your consideration of this request.

Sincerely,

Joseph E. Shickich, Jr.
      of
RIDDELL WILLIAMS P.S.

JES/crt
Our File: 64432.00001

cc: Jeff J. Friedman