Michael J. Gearin, WSBA # 20982
David C. Neu, WSBA #33143
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

Honorable Karen A. Overstreet
Chapter 11
Hearing Location: Seattle, Room 7206
**Hearing Date: Friday, November 12, 2010**
**Hearing Time: 9:30 a.m.**
Response Date: November 10, 2010

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

In re:

COAST CRANE COMPANY,

Debtor.

No. Case No: 10-21229

DECLARATION OF MATTHEW W. HUDSON IN SUPPORT OF DEBTOR'S REPORT OF AUCTION

Matthew W. Hudson declares as follows:

1. I am employed as a Managing Director with Oppenheimer & Co. Inc. ("*Oppenheimer*"). I am over the age of eighteen (18) years and competent in all ways to testify. I make this Declaration based upon personal first hand knowledge and my review of records in possession of Oppenheimer.

2. I have reviewed the Debtor's Report of Auction, and declare that the information contained therein is true and correct to the best of my knowledge.

3. Attached as *Exhibit A* is a copy of Oppenheimer's side-by-side comparison of the terms of the bids submitted at the Auction by Clearlake Capital Corporation and CC Bidding Corp.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

DECLARATION OF MATTHEW W. HUDSON IN
SUPPORT OF REPORT OF AUCTION - 1

K:\2065889\00015\20347_DCN\20347P2620

EXECUTED this 10th day of November, 2010, at Baltimore, MD.

_____
Matthew W. Hudson

DECLARATION OF MATTHEW W. HUDSON IN
SUPPORT OF REPORT OF AUCTION - 2

K:\2065889\00015\20347_DCN\20347P2620

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Bid Comparison

## Total Purchase Price Calculations – Coast Crane Company

**Summary of Final Bids Submitted at November 8th Auction**

| ($ in thousands) | Clearlake (CRAC) | Essex (CC Bidding Corp) |
|---|---:|---:|
| Cash Payment | $ 38,800 | $ 37,980 |
| Less: Yield Enhancement Fee | $ (500) | $ (960) |
| Plus: Expense Reimbursement | $ 750 | $ - [4] |
| Plus Assumed Liabilities: | | |
| 2.3 (a) Executory Contracts | $ - | $ - |
| 2.3 (b) Miscellaneous Secured Debt | - | - |
| 2.3 (c) Assumed Secured Debt (1st Lien) | 39,667 | 45,899 [5] |
| 2.3 (c) Assumed Secured Debt DLL | 3,983 | 3,983 |
| 2.3 (c) Assumed Secured Debt (2nd Lien) | - | 5,300 |
| 2.3 (d) Manitowoc Liabilities | - | - |
| 2.3 (e) Swap Obligation (PNC) Assumed [1] | 1,256 | 1,256 |
| 2.3 (e) Swap Obligation (Other) | 1,256 | 1,256 |
| 2.3 (f) Manitowoc A/P Assumed | 750 | 750 |
| 2.3 (g) Manitowoc Equipment Liabilities | 3,057 | 3,057 |
| 2.3 (h) Trade A/P Assumed including 503(B)9 | 2,344 | 1,700 |
| 2.3 (i) Transfer Taxes | 60 | 60 |
| 2.3 (j) Cure Costs [2] | - | - |
| 2.3 (k) All Other Liabilities Required to be Paid | - | - |
| 2.3 (l) 503(B)9 Liabilities [3] | - | - |
| 2.3 (m) Employee Payments | 1,048 | 1,048 |
| Total Assumed Liabilities | $ 53,421 | $ 64,309 |
| **Total Purchase Price** | **$ 92,471** | **$ 101,329** |

(1) SWAP Obligations Assumed is net of the Citgroup SWAP obligations.
(2) $60 thousand of cure costs included in 2.3 (h) Trade Accounts Payable.
(3) Amounts included under 2.3(h) Trade Accounts Payable.
(4) Expense reimbursement to Clearlake of $750 thousand included in 2.3 (c) Assumed Secured Debt (1st Lien).
(5) Reflects $45,149 thousand plus $750 thousand expense reimbursement.



NOVEMBER 10. 2010



EXHIBIT A