Entered on Docket March 17, 2011

| | |
|---|---|
| Michael J. Gearin, WSBA # 20982<br>David C. Neu, WSBA #33143<br>K&L GATES LLP<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104-1158<br>(206) 623-7580 | Honorable Karen A. Overstreet<br>Chapter 11<br>Hearing Location: Seattle, Room 7206<br>Hearing Date: Friday, March 18, 2011<br>Hearing Time: 9:30 a.m.<br>Response Date: Friday, March 11, 2011 |

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| In re:<br><br>COAST CRANE COMPANY, n/k/a<br>CC LIQUIDATING COMPANY<br><br>Debtor. | No. Case No: 10-21229<br><br>ORDER PROVIDING FOR A STRUCTURED DISMISSAL AND GRANTING OTHER AND RELATED RELIEF |

This matter having come before the Court upon the Motion of Coast Crane Company n/k/a CC Liquidating Company ("Coast" or the "Debtor") for Entry of Order Providing for a Structured Dismissal and Granting Other and Related Relief (the "Dismissal Motion"). The Court having considered the Dismissal Motion, the Declaration of Jeff Nerland in support thereof, any objections and reply briefs, if any, the arguments of counsel, if any, and the pleadings and papers on file, and having found that the Debtor has provided due and sufficient notice of hearing on the Dismissal Motion and the relief set forth in the Dismissal Motion, that no further notice is required; that the relief requested in the Motion is in the best interests of the estate and creditors, and reasonable in light of the facts and circumstances; and that sufficient cause exists to render the provisions of Section 349(b) inapplicable to this chapter 11 case.

NOW, THEREFORE, it is ORDERED:

1. The relief requested in the Dismissal Motion shall be, and hereby is, GRANTED as

ORDER AUTHORIZING STRUCTURED
DISMISSAL - 1

K:\2065889\00015\21664_KS\21664P31WL

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

provided in this Order.

2. To the extent not resolved or withdrawn, any and all objections to the Dismissal Motion shall be, and hereby are, overruled and denied.

3. Notwithstanding §349 of the Bankruptcy Code, all orders and stipulations entered in this chapter 11 case and all agreements entered and transactions implemented by the Debtor during the pendency of this chapter 11 case from the Petition Date through the date of dismissal of this case, shall survive, remain effective and in full force after the dismissal of this chapter 11 case and the Court shall retain exclusive jurisdiction to interpret, implement, enforce and support such orders, stipulations and agreements.

4. All fees payable pursuant to Chapter 123 of Title 23, United States Code, as determined by the Bankruptcy Court on the dismissal date, including, but not limited to, quarterly fees owed to the Office of the United States Trustee, shall be paid within seven (7) days of the entry of this Order of Dismissal.

5. Funds held in trust account of the counsel for the Debtor may be disbursed by the Debtor for the purpose of paying wind-down expenses arising subsequent to the Dismissal Date, including but not limited to the fees and expenses of professionals, mailing and copying expenses and US Trustee fees. Funds that are not expended by the Debtor in payment of wind-down expenses on or before May 18, 2011 shall be remitted to the Purchaser in accordance with the Purchase Agreement.

6. The Debtor, through its current officers, is authorized to take all necessary steps, perform such actions, execute such documents, and expend such funds as may be necessary to carry out or otherwise effectuate the terms and conditions of this Order, including but not limited to filing certificates of dissolution and taking all other necessary actions to effectuate its dissolution, without shareholder approval.

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

7. In the event the Court clerk does not mail a notice to all creditors and parties-in-interest advising them of dismissal within thirty (30) days of entry of this Order of Dismissal, the Debtor shall (a) serve a notice of dismissal of the Chapter 11 case (the "Dismissal Notice"), by first class mail, upon (a) counsel to the Committee, (b) the Office of the United States Trustee, (c) all creditors, and (d) all parties-in-interest who have filed a Notice of Appearance in this proceeding.

8. When the Order of Dismissal becomes a final Order, the Committee shall be dissolved and disbanded and its members released and discharged from all liabilities and duties arising from, or related to, the Chapter 11 case and the retention of its attorney shall terminate.

DATED this _____ day of March, 2011.

/s/ Karen A. Overstreet
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

Presented By:

K&L GATES LLP

By /s/ Michael J. Gearin
   Michael J. Gearin, WSBA # 20982
   David C. Neu, WSBA #33143
Attorneys for Coast Crane Company
n/k/a CC Liquidating Company

ORDER AUTHORIZING STRUCTURED
DISMISSAL - 3

K:\2065889\00015\21664_KS\21664P31WL

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022